UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-cr-132 |
| v. ) | |
| ) | Collier / Lee |
| BRIAN SCOTT HALL ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending: (1) the Court grant Defendant's motion to withdraw his not guilty plea to Count Two of the two-count Indictment (2) the Court accept Defendant's plea of guilty to Count Two of the Indictment; (3) the Court adjudicate Defendant guilty of the charges set forth in Count Two of the Indictment; (4) the Court defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant remain on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 20). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Court File No. 20] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count Two of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count Two of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **Thursday, March 31, 2011 at 9:00 a.m.** **[EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**